AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Calvin Ayre | ) |
| *Plaintiff* | ) |
| v. | ) |
| Pioneer Table Inc. and Does 1-9 | ) |
| *Defendant* | ) |

Case No.   1:23-cv-20506-RNS

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Calvin Ayre                                                                                          .

Date:      02/10/2023

*Attorney's signature*

John W. Black (58231)
*Printed name and bar number*
1400 Eye St. NW
Suite 200
Washington, DC 20005

*Address*

john@blackandbuffone.com
*E-mail address*

(202) 670-0403
*Telephone number*

*FAX number*