United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Calvin Ayre, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 23-20506-Civ-Scola |
| | ) |
| Pioneer Table Inc., and others, | ) |
| Defendants. | ) |

**Notice of Upcoming Deadline to Serve
under Federal Rule of Civil Procedure 4(m)**

A plaintiff must serve the defendant with a summons and a copy of the complaint within ninety days after filing the complaint. Fed. R. Civ. P. 4(c)(1) & 4(m). In this case, the Plaintiff filed his complaint on February 8, 2023, and service is required by **May 9, 2023**. From a review of the record, it does not appear that the Plaintiff has served the Defendants. *See* Fed. R. Civ. P. 4(l)(1) ("Unless service is waived, proof of service must be made to the court."). "If a defendant is not served within 90 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant." Fed. R. Civ. P. 4(m).

The Plaintiff is notified, in keeping with Rule 4(m), that the Court will dismiss this case without prejudice unless the Plaintiff timely serves the Defendants by **May 9, 2023**, or establishes with the Court—before this deadline—that good cause exists for the failure.

**Done and ordered** in Miami, Florida, on April 14, 2023.

_____
Robert N. Scola, Jr.
United States District Judge