UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CALVIN AYRE,                                              CASE NO.:1:23-cv-20506-RNS

          Plaintiff,

vs.

PIONEER TABLE INC. and DOES 1-9,

          Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action without prejudice.

Respectfully submitted,

By: /s/ Samuel A. Lewis
_____
Samuel A. Lewis / Fla. Bar No. 55360
Email: slewis@cozen.com
COZEN O'CONNOR
Southeast Financial Center, 30th Floor
200 South Biscayne Blvd.
Miami, Florida 33131
Tel: 305-397-0799

and

John W. Black / Fla. Bar No. 58231
Email: john@blackandbuffone.com
BLACK & BUFFONE
1400 Eye Street NW, Suite 200
Washington, DC 20005
Tel: 202-670-0403

*Counsel for Plaintiff*